UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANGELA D. CLACK | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 16-cv-1069-RCL |
| UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA), | ) |
| Defendant. | ) |

## MEMORANDUM

This matter comes before the Court on the motion [2] of defendant United Services Automobile Association (USAA) to compel arbitration and dismiss this action. Upon consideration of plaintiff's opposition thereto, defendant's reply, and the complete record herein—including numerous supplemental submissions by plaintiff—the Court concludes that defendant's motion is well taken and must be granted.

Plaintiff contractually agreed to submit her claims to mandatory binding arbitration pursuant to USAA's dispute resolution program. Plaintiff is not permitted to file this action here. The Court will dismiss this action in favor of the arbitration to which plaintiff agreed. That is the exclusive procedural mechanism for plaintiff to pursue the claims herein, and plaintiff's contrary arguments are wholly without merit. Accordingly, a separate order shall issue this date granting the defendant's motion to compel arbitration and dismissing this action. All other pending motions will therefore be denied as moot.

DATE: 8/31/17

Royce C. Lamberth
United States District Judge